**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,<br><br>Plaintiffs,<br><br>vs.<br><br>Ceramic Tile Specialties, Inc., a Minnesota corporation, d/b/a Ceramic Specialties, LLC; and Craig C. Faircloth,<br><br>Defendants. | Civil File No. 04-3103 JRT/FLN<br><br><br><br><br><br><br><br><br><br>**ORDER FOR DISMISSAL** |

---

Stephen C. Kelly, **ROSENE, HAUGRUD & STAAB, CHARTERED**, 400 Robert Street North, Suite 1800, St. Paul, MN 55101, for plaintiffs.

Jack E. Pierce, **PIERCE LAW FIRM, P.A.**, 6040 Earle Brown Drive, Suite 420, Minneapolis, MN 55430 for defendant Ceramic Tile Specialties, Inc., d/b/a Ceramic Specialties, LLC.

Craig C. Faircloth, 1600 N.E. Highway 10, Spring Lake Park, MN 55432, defendant *pro-se*.

Based upon the parties' Stipulation (Docket No. 48), **IT IS HEREBY ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

| | |
|---|---|
| DATED: August 8, 2006<br>at Minneapolis, Minnesota | s/John R. Tunheim_____<br>JOHN R. TUNHEIM<br>United States District Judge |